

CMS/2010R00811   IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. L-11-092 |
| v. | : | (Possession With Intent to Distribute |
| DAVID NEIL SANTOS, | : | Cocaine Base, 21 U.S.C. § 841(a)(1); |
| Defendant | : | Aiding and Abetting, 18 U.S.C. § 2) |
| | : | |

...oOo...

FEB 23 2011

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about August 5, 2010, in the District of Maryland,

**DAVID NEIL SANTOS,**

the defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance and 28 grams or more of a quantity of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. §2

_Rod J. Rosenstein/CMC_
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

2/23/2011
Date