**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. BEL-11-092** |
| **DAVID SANTOS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR DISCLOSURE OF INFORMANTS

The Defendant, David Santos, through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Patrick Kent, Assistant Federal Public Defender, respectfully moves for the order of this Court that the government immediately disclose the names, exact addresses, and telephone numbers of any government informants utilized in this case. As grounds therefor the defendant states as follows:

1. On February 23, 2011, Mr. Santos was charged in a one count indictment with possession with intent to distribute 100 grams or more of a mixture or substance of heroin and 28 grams or more of a mixture or substance of cocaine base. Mr. Santos had his initial appearance and arraignment on March 18, 2011.

2. Discovery material furnished by the government indicates that several confidential informants were utilized in the investigation which culminated in the instant indictment.

3. Counsel's informed understanding of the character and track record of the government informant(s) is critical to his defense preparation both as to pretrial motions and for defense of the case at trial.

4. The defense is entitled to disclosure of the foregoing information under the Fifth and Sixth Amendments to the United States Constitution.

**WHEREFORE**, defendant moves for the order of this Honorable Court requiring

disclosure by government counsel of the exact name or names, address or addresses, and phone

number or numbers of any material government informant(s) who assisted the government's

investigation of this case to the extent identified above.

Respectfully submitted,
JAMES WYDA
Federal Public Defender


_____/ s /_____
Patrick E. Kent (Bar No. 94213)
Assistant Federal Defender
Tower II - Ninth Floor
l00 S. Charles Street
Baltimore, Maryland 21201
(4l0) 962-3962 (p)
(410) 962-0872 (f)


## MEMORANDUM OF POINTS AND AUTHORITIES

*Roviaro v. United States*, 353 U.S. 53 (1957)


_____/s/_____
Patrick E. Kent (Bar No. 94213)
Assistant Federal Public Defender